**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division**

Mark W. Mayer, et al.

                              Plaintiff,

v.

                              Case No.: 1:09−cv−02984

                              Honorable Virginia M. Kendall

Administrative Committee of the Smurfit−Stone Container Corporation Retirement Plans, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 3, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 3/8/2010 at 09:00 AM for a report on the status of the bankruptcy case. All dates are vacated and discovery is stayed until 3/8/2010.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.