## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Mark W. Mayer, et al.

                Plaintiff,

v.

                Case No.: 1:09−cv−02984

                Honorable Virginia M. Kendall

Administrative Committee of the Smurfit−Stone Container Corporation Retirement Plans, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2011:

    MINUTE entry before Honorable Martin C. Ashman: Pursuant to the joint declaration of the parties made on October 18, 2011, and the parties' agreed order of December 13, 2011, the Court has reviewed the submissions by Counsel for Plaintiff Brian Grote and by Co−Lead Counsel in this case. The Court finds that the appropriate amount of attorney's fees is $186,000, which shall be paid to Grote's counsel. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.